USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOHN PETRUCELLI,<br>           Defendant. | 02 Cr. 99 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Defendant Petrucelli's Motion for Compassionate Release, ECF No. 109.  By August 8, 2023, the Government shall file its response, if any.  By September 5, 2023, Defendant Petrucelli shall file his reply, if any.

SO ORDERED.

Dated: July 18, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge