

**66-85 73rd Place, Middle Village, NY 11379**
**Tel: 347-528-7099 Fax: 347-813-4985**

November 13, 2024

<u>VIA USPS & ECF</u>

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

**RE:    U.S. v. JOHN PETRUCELLI; Index No.: 02 CR 99**

Dear Judge Rearden,

Please be advised that my name is Elio Forcina, and I represent the Defendant in the above-referenced action. My office filed a letter motion on September 24, 2024, which was subsequently endorsed by your Honor on September 26, 2024. USA filed a letter response on both October 10, 2024, and October 16, 2024 (collectively the "Responses"). Accordingly, I am writing this correspondence on behalf of the Defendant respectfully requesting time to reply to the Responses. My office is in the process of preparing our reply and respectfully requests until December 15, 2024 to reply. The reason this request was not filed prior is due to difficulties in communicating with my client Mr. Petrucelli while he is incarcerated at FCI Allenwood.

Respectfully submitted,

<u>/s/ Elio Forcina, Esq.</u>

Law Office of Elio Forcina
*Attorney for Defendant Petrucelli*
66-85 73rd Place, 2nd Floor
Middle Village, NY 11379
TEL: (347) 528-7099
forcinalaw@gmail.com