

66-85 73rd Place

Middle Village, NY 11379

TEL: (347) 528-7099

FAX: (516) 280-7842

Re: FOIA Requests – Information for the Court on Behalf of John Petrucelli

Attn Honorable Court,

I write on behalf of Mr. John Petrucelli to respectfully bring to the Court's attention facts relevant to the pending matter and the importance of an order releasing his Freedom of Information Act (FOIA) requests.

When attorney Kevin Laden, an Office of Inspector General (OIG) attorney, was retained, attorney Wolff provided him with two briefs for FOIA requests. These related to Mr. Petrucelli's date of arrest claim for 1-20-8-02. Notably, Mr. Laden did not even mention the EOUSA request 04-2972 in those materials at the time. That EOUSA request was later stolen in transit from Manchester to Allenwood.

The Department of Justice (DOJ) has regulations and codes of conduct for its attorneys, including 28 C.F.R. § 77.1–5 and 28 U.S.C. § 530B. One such code states that a DOJ attorney may not defend the unlawful conduct of DOJ employees or of another member of the bar representing the opposing party. However, because Mr. Laden was an OIG attorney—not a DOJ

trial attorney—these ethical codes were treated as inapplicable to him, creating what amounts to a loophole.

In 2012, Mr. Petrucelli filed a complaint with the Bureau of Prisons' Office of Internal Affairs concerning harassment. That office is part of the Office of the Inspector General, meaning Mr. Laden would have been aware of the ongoing issues. Attorney Wolff even informed Mr. Laden of his conflict of interest. Nevertheless, Mr. Laden still prepared and submitted the opposition brief for the DOJ.

Had Mr. Laden refrained from drafting that opposition brief due to his conflict, it is highly likely Mr. Petrucelli would have obtained the requested records.

In addition, we are submitting an affidavit from the defendant's mother to clarify the correct arrest date. We hope this affidavit, along with the facts outlined above, will assist the Court in its review and support the FOIA release order we are seeking.

We appreciate the Court's consideration of this information and its bearing on the necessity of releasing the FOIA materials in question.

From: Middle Village, New York

Dated: July 8, 2025

Respectfully submitted,

Elio Forcina



I Bernadine Petrucelli, being duly sworn depose and state as follows:

I am an adult of sound mind residing at 364 Ridge Road Hartsdale, New York and competent to make this affidavit.

I certify that the date on my 2002 planner is Monday, January 28th.

This date is accurate and correct to the best of my knowledge and belief.

This affidavit is made for the purpose of confirming January 28th 2002 is the arrest date of John Petrucelli.

I declare under penalty of perjury under the New York State laws that the forgoing is true and correct.

December 10th 2024
Bernadine Petrucelli

*Bernadine Petrucelli*

*[signature]*
Notary Public
Subscribed before me this 12/10/24

Joseph Ciniculo
Notary Public, State of New York
Reg. No. 01CI0027568
Qualified in Westchester County
Commission Expires August 5, 2026