Bernadine Petrucelli
364 Ridge Road
Hartsdale, New York 10530



Honorable Judge Jennifer H. Reardon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

Re: Request for Compassionate Release (John Petrucelli) Index No. 02 CR99

Dear Judge Reardon,

I am writing you once again, from the heart, as a mother who has carried the weight of my son's absence for nearly 24 years. My son (John Petrucelli) has now served over two decades in prison. During this time he has shown remorse, growth, and commitment to becoming a better man. He has been a model prisoner, with a record that reflects respect for authority, rehabilitation, and a deep awareness of the pain caused by his past actions.

The incident that led to his incarceration, while tragic, was the result of a single stab wound–not a calculated or heinous act, but a moment that forever altered many lives, including our own. He has lived every day with the weight of that decision, and I truly believe he has done all that can be asked of him to make amends within the walls he has lived behind.

I am now a senior citizen. My greatest wish is to have my son home with me while I am still able to care for him, guide him, and share what time I have left together as a family. I am planning to move, and I pray that I may be given the chance to bring him home to my house now, where he will have a safe and stable environment to continue his life as a free man.

I respectfully ask that you consider granting compassionate release. John is not a danger to society. Instead he is a man who has paid a heavy price for his actions, matured deeply, and is ready to live peacefully and productively. Allowing him to come home would not only grant him a second chance, but it would also allow me the comfort of having my child by my side in my later years.

Thank you for taking the time to consider my plea once again. I trust in wisdom and compassion to see the man my son has become and the mother who longs to welcome him home.

With deepest respect
Bernadine Petrucelli

*Bernadine Petrucelli*
*September 1, 2025*